AO 91 (Rev. 08/09) Criminal Complaint

FILED BY_____D.C.

JUL 2 8 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  23-MJ-6347-STRAUSS |
| STEPHEN JOHN BELL, | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2023__ in the county of __Broward__ in the __Southern__ District of __Florida and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. § 70503(a)(1) | Possession with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States |
| 21 U.S.C. § 963 | Attempted importation of a controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Villanucci, Special Agent, HSI
*Printed name and title*

Sworn to and subscribed before me.

Date: July 28, 2023

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Jared M. Strauss, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Villanucci, having been duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent ("SA") with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida and have been so employed since 2002, when it was known as the United States Customs Service ("USCS"). I have received training and been assigned to conduct investigations of criminal violations of the United States Code, as enumerated in Titles 18, 19, 21, 22, 31 and various other federal statutes. I am currently assigned to the High Intensity Drug Trafficking Area ("HIDTA") of South Florida. HIDTA is an investigative entity that is comprised of law enforcement officers from various federal, state, and local law enforcement agencies who work together in a cooperative relationship where the primary focus is on narcotics smuggling investigations.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Stephen John Bell ("BELL")**, for violations of Title 46, United States Code, Section 70503(a)(1) (possession with intent to distribute a controlled substance aboard a vessel), and Title 21, United States Code, Section 963 (attempted importation of controlled substances).

3. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against BELL for the above-described criminal violation.

## PROBABLE CAUSE

4.     On or about July 27, 2023, the United States Coast Guard (USCG) Cutter, "Crocodile", conducted a routine boarding of a vessel named "Escapada" approximately six nautical miles northeast of the Haulover Inlet, in Broward County, Florida.[1] The USCG observed one individual on board, who was later identified as BELL, a national of Australia. Upon boarding the vessel, the USCG conducted a routine check of the "Escapada" for seaworthiness, which included inspecting the bilge pump located under the floorboards. During this inspection, multiple packages of contraband were found that field tested positive for the presence of marijuana. BELL was then transported to the USCG Station in Fort Lauderdale, Florida, along with the "Escapada", for further inspection. This inspection revealed a total of approximately one hundred and ninety (190) packages of suspected marijuana, weighing approximately one pound each, in addition to a bag containing three (3) kilogram-sized packages containing a substance that field tested positive for cocaine.

5.     BELL was read his Miranda Rights, waived those rights, and agreed to speak to law enforcement. In a recorded statement, BELL advised that he has been in a desperate financial situation for some time. On or about May 2023, he explained his financial hardship to a friend who told him she knew someone who "needed to get marijuana brought over." BELL stated he was interested and was told someone would contact him. In the weeks that followed, BELL received a message via Snapchat from a subject. During these messages, BELL and the subject discussed logistics for the transport of the marijuana from the Bahamas to the United States. On the day he was interdicted, BELL stated he left the Bahamas for Williams Island

---

[1] This is within the Special Maritime and Territorial Jurisdiction of the United States, in the Southern District of Florida.

Marina in Aventura, Florida, for the purpose of transferring the marijuana to another individual upon his arrival. However, prior to doing so, he was interdicted by the USCG.

## CONCLUSION

6. Based on the information and the facts herein, your affiant submits there is probable cause to support a criminal complaint charging Stephen John Bell ("BELL"), with violations of Title 46, United States Code, Section 70506(a)(1) (possession with intent to distribute a controlled substance aboard a vessel), and Title 21, United States Code, Section 963 (attempted importation of a controlled substance).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

David A. Villanucci
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 28th day of July 2023.

HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 23-MJ-6347-STRAUSS

### BOND RECOMMENDATION

DEFENDANT: Stephen John Bell

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Jessica J. Ayer_
SAUSA: Jessica Ayer

Last Known Address: Lot 4, Dundee Bay Dr. #101

Freeport, Grand Bahamas

What Facility:

Agent(s): S/A David Villanucci
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI